CORPORATE RESOLUTION FOR
LIMITED PROPERTIES, INC.

Be it known that the officers of the company of Limited Properties, Inc. ("Limited Properties") met on the 19th day of July 2024 for the purpose of entering into a plea agreement with the United States of America, and,

RESOLVED, that Limited Properties desires to enter into the plea agreement and subsequent guilty plea in the courts of the United States, and further,

RESOLVED, that Randy Scott Cannon is a fit and proper person to enter into the plea agreement on behalf of Limited Properties, and further,

RESOLVED, that Randy Scott Cannon is hereby authorized to enter into a plea agreement on behalf of Limited Properties and a subsequent guilty plea in the courts of the United States of America and to take such further action as appears necessary or desirable to carry into effect the intent and purpose of the foregoing resolutions.

Be it so resolved.

Randy Scott Cannon
owner (Position/title)
Limited Properties, Inc.