ATTACHMENT A

I. <u>Assets Seized from 113 Welcome Street, Greenville, SC</u>

(1) One (1) OSCILLATING FAN WITH REMOTE
(2) Two (2) ANGLER BEST ELECTRIC FILET KNIFE
(3) One (1) APEX MULTI TOOL KIT
(4) Two (2) APPALACHIAN TRAIL 25 PIECE KNIFE SET
(5) Four (4) BLACK & DECKER 129 PIECE DRILL & SCREWDRIVER SETS
(6) Three (3) BLACK & DECKER 137 PIECE DRILL & SCREWDRIVER SETS
(7) Two (2) BLACK & DECKER HOME ESSENTIALS KITS
(8) One (1) BLACK AND DECKER CABINET
(9) One (1) BLACKMAX PRESSURE WASHER
(10) One (1) BOSCHE 10 PIECE RECIPROCATING SAW BLADES
(11) One (1) BRASS TORCH KIT
(12) Four (4) CENTURY CONNECTION HEATER
(13) One (1) Channel Lock
(14) One (1) Channel Lock - Pilers
(15) One (1) COMFORT ZONE HEATER
(16) Two (2) CORONA PRUNERS
(17) One (1) CRAFTSMAN 2 CYCLE BACKPACK BLOWER
(18) One (1) CRAFTSMAN 2 CYCLE WEED EATER
(19) One (1) Crescent Pilers
(20) One (1) Box Deckmate 2IN screws
(21) One (1) Box Deckmate 3IN screws
(22) Two (2) DEFIANT MOTION SECURITY LIGHT
(23) Three (3) DELTA FAUCETS
(24) One (1) DEWALT ½ SPADE HANDLE DRILL
(25) Three (3) DEWALT 100 PIECE DRILL BIT SETS
(26) One (1) DEWALT 105 PIECE DRILL SET
(27) Two (2) Dewalt 10-piece Drill Bit Sets
(28) Two (2) DEWALT 12" COMPACT CHAIN SAW
(29) One (1) DEWALT DOUBLE BEVEL COMPOUND MITER SAW
(30) Three (3) DEWALT 120 PIECE DRILL BIT SET

(31) Three (3) DEWALT 14 PIECE SET DRILL BIT SETS
(32) One (1) DEWALT PIECE TAP AND DIE SET
(33) Four (4) DEWALT 14" WEED EATERS
(34) One (1) DEWALT 15 PIECE SAWZAW BLADE SET
(35) One (1) DEWALT 16 GAUGE CORD NAILER
(36) Two (2) DEWALT 16 PIECE DRILL BIT SETS
(37) Seven (7) DEWALT 16 PIECE SAWZAW BLADE SETS
(38) One (1) DEWALT 18 PIECE DRILL BIT SET
(39) Four (4) DEWALT 18V 4 TOOL COMBO KITS
(40) One (1) DEWALT 2 PIECE 20V BRUSHLESS COMBO KITS
(41) Three (3) Dewalt 20V Chain Saw
(42) Six (6) DEWALT 20V CIRCULAR SAWS
(43) Four (4) Dewalt 20V batteries
(44) One (1) Dewalt 20V Drill driver
(45) Five (5) DEWALT 20V DRILL DRIVERS
(46) One (1) DEWALT 20V IMPACT DRIVER COMBO SET
(47) Two (2) DEWALT 20V JIGSAW
(48) One (1) DEWALT 20V POWER CLEANER
(49) One (1) DEWALT 23 GAUGE PIN NAILER KIT
(50) One (1) DEWALT 230 BIT SET
(51) One (1) DEWALT 27 PIECE DRILL BIT SET
(52) One (1) DEWALT 29 PIECE DRILL BIT SET
(53) One (1) Dewalt 29 piece drill bit set
(54) Three (3) DEWALT 20V BRUSHLESS MOWER
(55) Fifteen (15) DEWALT 30 PIECE DRILL BIT SETS
(56) One (1) DEWALT 37 PIECE DRILL BIT SET
(57) Two (2) DEWALT 4.5 GALLON COMPRESSORS
(58) One (1) DEWALT 5 20 V COMBO BOX SET
(59) One (1) DEWALT 5' ORBITAL SANDERS
(60) One (1) 6 PIECE SAWZAW BLADE SET
(61) Two (2) DEWALT ADJUSTABLE WRENCHES
(62) One (1) Dewalt Air Hose
(63) One (1) Dewalt Air Inflater
(64) One (1) DEWALT ANGLE GRINDER
(65) Five (5) DEWALT BACKPACK SPRAYERS

(66)   One (1) DEWALT BAG WITH TOOLS
(67)   One (1) Dewalt Bandsaw
(68)   One (1) DEWALT BATTERY CHARGER
(69)   One (1) DEWALT BATTERY PACKAGE
(70)   Two (2) DEWALT BLACK FANS
(71)   One (1) Dewalt Blade Case and 2 Refill Packs
(72)   Two (2) Dewalt Chargers (DCB 107)
(73)   One (1) Dewalt charger (DCB 112)
(74)   One (1) Dewalt Circular Saw
(75)   One (1) Dewalt Circular Saw Kit (7-1/4")
(76)   One (1) Dewalt Compact Chainsaw
(77)   One (1) Dewalt Compact Series 50 Piece
(78)   One (1) DEWALT CORDED BANSAW
(79)   Two (2) DEWALT CORDLESS FANS
(80)   One (1) DEWALT ELECTRIC COLD WATER POWER WASHER
(81)   Three (3) DEWALT ELECTRIC STAPLERS
(82)   One (1) DEWALT ELECTRIC STAPLER
(83)   Two (2) Dewalt Flex Volts
(84)   One (1) Dewalt Flex Volt 60V - battery
(85)   One (1) DEWALT FLOORING STAPLES
(86)   One (1) DEWALT GAS POWERED PRESSURE WASHERS
(87)   One (1) DEWALT HAMMER DRILL
(88)   Five (5) DEWALT HAND PLANERS
(89)   One (1) Dewalt Handheld Blower
(90)   Two (2) DEWALT HEAVY DUTY BELT SANDER KITS
(91)   Four (4) DEWALT HEAVY DUTY COMPACT JIG SAW
(92)   One (1) DEWALT HEAVY DUTY CORDED PALM SANDER KIT
(93)   One (1) DEWALT HEAVY DUTY HAMMER DRILL
(94)   One (1) DEWALT HEAVY DUTY WORK SITE CHARGER/RADIO
(95)   One (1) Dewalt Hedge Trimmer
(96)   One (1) Dewalt Impact Wrench XR
(97)   Three (3) DEWALT JIGSAW KITS
(98)   One (1) Dewalt Jump Start
(99)   One (1) Dewalt LED light
(100)  Two (2) Dewalt magnetic nut drivers

(101) One (1) DEWALT NAIL & COMPRESSOR SET
(102) Four (4) Dewalt one inch drill bits
(103) One (1) Dewalt PLYERS
(104) Two (2) Dewalt pocket and folding knife kit
(105) One (1) Dewalt Pole Saw
(106) One (1) DEWALT PRESSURE WASHER SURFACE CLEANER
(107) One (1) DEWALT PRO ORGANIZER
(108) One (1) Dewalt Reciprocating Kit
(109) One (1) Dewalt Reciprocating Saw Blade Kit (10 piece)
(110) One (1) Dewalt Reciprocating Saw Blade Kit (16 piece)
(111) One (1) Dewalt Sander Pad
(112) One (1) Dewalt Screwdriver Bit Set
(113) One (1) Dewalt Spotlight
(114) Two (2) DEWALT TABLE SAWS
(115) One (1) DEWALT TAPE MEASURE KIT
(116) One (1) DEWALT TOUGH SYSTEM
(117) One (1) DEWALT TOUGH SYSTEM MUSIC & CHARGER
(118) One (1) DEWALT VSR STUD AND DRILL
(119) One (1) DEWALT WORKSITE RADIO/CHARGER
(120) Four (4) Diablo Bi-Metal Reciprocating Saw Blade Sets
(121) Two (2) DIABLO RECIPROCATING SAW BLADES
(122) One (1) Diablo Saw Zall blade
(123) Two (2) DSR JUMP STARTER
(124) One (1) DURALAST 90 PIECE MECHANIC SET
(125) One (1) Dyson Stick Vacuum
(126) One (1) EARTHQUAKE IMPACT DRIVER
(127) One (1) ECO CORDLESS MOWER
(128) One (1) ECO HEDGE TRIMMER
(129) One (1) Energizer 9V
(130) One (1) EVERBILT POOL COVER PUMP
(131) Three (3) EVERBILT SHALLOW WELL PUMPS
(132) One (1) EXPER GRILL
(133) Two (2) FEATURE COMFORT HEATERS
(134) One (1) FLOTEC UTILITY PUMP
(135) Two (2) Gear Wrench Sets

(136) Two (2) GEARWRENCH 106 PIECE WRENCH SETS
(137) One (1) GEARWRENCH 20 PIECE SET
(138) One (1) GENERAC PORTABLE GENERATOR
(139) Two (2) GLACIER BAY FAUCETS
(140) Two (2) GLACIER BAY WATER DISPENSER
(141) Three (3) GOOGLE NEST CAMERAS
(142) One (1) Google Nest Doorbell
(143) One (1) Google Nest Hub
(144) One (1) Google Nest Mini
(145) One (1) GORILLA LADDER
(146) Two (2) GRAINGER BOX CONTAINING HITACHI NAILER
(147) One (1) Gray duct tape (3 pack)
(148) Four (4) HAMPTON BAY CHANDELIER LIGHT FIXTURES
(149) Three (3) HAMPTON BAY PENDANT LIGHT FIXTURES
(150) Two (2) HAMPTON BAY SCONCE LIGHT FIXTURES
(151) Two (2) HAMPTON BAY VANITY LIGHT FIXTURES
(152) One (1) HAMTON BAY CEILING FAN (GLYNDALE)
(153) Five (5) HOME DECORATOR FLUSH MOUNT LIGHT FIXTURES
(154) Two (2) HOME DECORATORS PENDANT LIGHT FIXTURE
(155) Two (2) HOMELIFE CYCLE GAS BLOWERS
(156) One (1) HONDA HRX LAWN  MOWER
(157) One (1) HONDA INVERTER
(158) Three (3) HONEYWELL COOL MIST HUMIDIFIER
(159) Seven (7) HONEYWELL ELECTRIC HEATERS
(160) One (1) HUSGUAVH CHAIN SAW
(161) One (1) HUSGUAVH TREE TRIMMER
(162) One (1) HUSKY 101 PIECE SET
(163) One (1) HUSKY 16 PIECE ADAPTER SET
(164) One (1) HUSKY 185 PIECE SET MECHANICS SET
(165) One (1) HUSKY 2 PACK KNIFE SET
(166) Two (2) Husky 28 PIECE WRENCH SET
(167) One (1) HUSKY 4.5 GALLON WET/DRY VAC
(168) One (1) HUSKY 50 PIECE MECHANICS TOOL SET
(169) One (1) Husky 50 Piece Mechanics Tool Set
(170) One (1) Husky Mechanics 185 Piece Tool Set

(171) One (1) HUSKY TWIN HEAD WORK LIGHT
(172) Two (2) HUSKY 28 PIECE WRENCH SET
(173) One (1) HYDRONIC PORTABLE BASEBOARD HEATER
(174) One (1) ION Total PA System
(175) One (1) IRWIN 5 PIECE SPADE BIT SET
(176) One (1) IRWIN 53 PIECE SET
(177) Fourteen (14) J&D Combination Set
(178) One (1) Kamodo Joe Ceramic Grill
(179) One (1) Kamodo Joe Ceramic Grill - RED
(180) One (1) KOBALT 13 PIECE SET
(181) One (1) KOBALT CIRCULAR SAW
(182) Two (2) KOBALT DC INFLATORS
(183) One (1) Kobalt Precision Screwdriver
(184) One (1) KOLBALT106 PIECE SET
(185) Three (3) KOBALT 7 PIECE WRENCH SET
(186) Three (3) KOLBALT JIG SAWS
(187) One (1) KOLBALT KNIFE KIT
(188) Eight (8) LASKO HEATERS
(189) One (1) LASKO TURKEY FRYER
(190) One (1) MAGIC CHEF ICE MAKER
(191) One (1) MAKITA  LEAF BLOWER
(192) One (1) Milwakee Tool set
(193) One (1) MILWAUKEE 120 PIECE SET
(194) Two (2) Milwakee 20 piece universal kit
(195) Ten (10) MILWAUKEE 23 PIECE SETS
(196) One (1) MILWAUKEE 25 PIECE RACHET/SOCKET SET
(197) Five (5) MILWAUKEE 25 PIECE SETS
(198) One (1) MILWAUKEE 38" RATCHET SET
(199) One (1) MILWAUKEE 43 PIECE SOCKET KIT
(200) One (1) MILWAUKEE 45 PIECE DRIVER BIT SET
(201) Two (2) MILWAUKEE CHAIN SAWS
(202) One (1) Milwaukee Compact Brushless 2-Tool Combo Kit
(203) Three (3) MILWAUKEE MULTI TOOL COMBOS
(204) One (1) Milwaukee Pole Saw Kit
(205) One (1) Milwakee Rafter Squares

(206) Two (2) MILWAUKEE RECIPROCATING SAW / HOLE DOZER
(207) One (1) MILWAUKEE ROTARY HAMMER
(208) One (1) Milwakee Saw Zall blade
(209) One (1) MILWAUKEE SAWZAW BLADE
(210) Two (2) MILWAUKEE SCREW DRIVER SETS
(211) One (1) MOEN FAUCET
(212) One (1) Mohen Faucet
(213) One (1) Money Counter
(214) Three (3) Nest Cameras
(215) Two (2) NEXGRILL 2 BURNER PORTABLE GAS GRILLS
(216) One (1) NexGrill Oakford Pellet Grill
(217) One (1) ORBIT TIMER
(218) Seventeen (17) OREGON CHAIN SAW CHAIN PACKS
(219) Two (2) Paint brushes
(220) Seven (7) PATTON HEATERS
(221) Five (5) PFISTER FAUCETS
(222) Four (4) PLANO TACKLE BOXES
(223) One (1) POULAN PRO CHAINSAW
(224) One (1) POWER 2 PACK CHAINSAW CHAIN SET
(225) One (1) Power Bright Inverter
(226) One (1) POWERMATE AIR COMPRESSOR
(227) One (1) PRESENZA RANGE HOOD
(228) One (1) PROGESS LIGHT FIXTURE
(229) Eight (8) PROTEMP HEATERS
(230) One (1) Red duct tape
(231) One (1) RED INDUSTRIAL HOSE
(232) One (1) RIGID 18V BATTERY
(233) Two (2) RIGID 18V CIRCULAR SAW
(234) One (1) RIDGID CHARGER
(235) Two (2) RIGID RECIPROCATING SAWS
(236) One (1) RIGID SURGE PROTECTOR
(237) One (1) RIGID SHOP VAC
(238) Two (2) RIVAL CROCKPOT
(239) Four 42) RUG DOCTOR
(240) One (1) RYOBI PRESSURE WASHER

(241) Two (2) Samsung TVS - 50 inch - AU8000
(242) Two (2) SCHUMACHER BATTERY CHARGERS
(243) Three (3) SHOP VACS
(244) One (1) SHOP VAC HANG UP
(245) One (1) SIGNATURE WATERFALL FOUNTAIN
(246) Three (3) STANLEY PORTABLE LIGHTS
(247) One (1) Stanley Screwdriver Set and Storage Rack
(248) Three (3) STANLEY TAPE MEASURE KITS
(249) One (1) STIHL CHAIN SAW
(250) One (1) STIHL DR60 BACKPACK BLOWER
(251) One (1) STIHL LEAF BLOWER
(252) Seven (7) SUNBEAM ELECTRIC HEATERS
(253) Ten (10) SUNBEAM HUMIDIFIERS
(254) Eight (8) TASK FORCE 20 PIECE SOCKET SETS
(255) Two (2) TASK FORCE 39 PIECE TOOL SETS
(256) Six (6) TASK FORCE 47 PIECE HOME REPAIR KITS
(257) One (1) TASK FORCE 51 PIECE MECHANICS TOOL SET
(258) Thirteen (13) TASK FORCE KNIFE COMBO SETS
(259) One (1) VECTOR POWER INVERTER
(260) One (1) Vissani Stainless Steal Fridge/Freezer
(261) One (1) WEBER TRAVEL GRILL
(262) One (1) WERNER 2 FOOT LADDER
(263) Two (2) WERNER 28 FOOT EXTENSION LADDERS
(264) Eight (8) WERNER 4 FT LADDERS
(265) Nine (9) WERNER 6 FT LADDERS
(266) Four (4) WERNER PLATFORM LADDERS
(267) One (1) WESTINGTON CEILING FAN
(268) One (1) YETI 12 COOLER-YELLOW
(269) One (1) YETI 65 COOLER-BLUE & GRAY
(270) One (1) Yeti Hopper Flip - with tag  (Yellow)
(271) One (1) Yeti Hopper Flip (gray) - with tag
(272) Five (5) ZENITH MEDICINE  CABINETS

II.   Vehicles:

    (1)    2021 Red Ford F350 Truck
VIN#: 1FT8W3DT1MED38085
Titled To: Cannon Motors
Seized from Randy Cannon

    (2)    2006 White Lexus LX
VIN#: JTJHT00W464004226
Titled To: Cannon Motors
Seized from Randy Cannon

    (3)    2023 White Mercedes GLS450
VIN#: 4JGFF5KE1PB001358
Titled To: Anita Mathis
Seized from: 212 Conestee Lake Road, Greenville, SC 29607

    (4)    1998 Tan Chevrolet Winnebago/P30
VIN#: 1GBMP37B8W3308009
Seized from Randy Cannon

III.   <u>United States Currency/Bank Accounts</u>

    (1)    Bank of Travelers Rest Account #xxxx5144
In the name of: Randy Cannon
Valued at: $1,247,782.69

    (2)    $5,578.00 in United States Currency seized from Randy Cannon
488 S. Academy Street, Greenville, SC

    (3)    $1,864,532.00 in United States Currency seized from
113 Welcome Street, Greenville, SC

    (4)    $1,200.00 in United States Currency seized from
23 Dixie Circle, Greenville, SC

IV.   <u>Firearms</u>

    (1)    Thompson Center, .223 Remington, SN: S10188

    (2)    Jennings Firearms, Bryco 59, SN: 867996

(3)   Remington Rand Inc, No SN or model located

(4)   Smith and Wesson, Lady Smith .38 Special, SN: BSA9120

(5)   Smith and Wesson, Mod 60 .38 Special, SN: R197104

(6)   Rossi, .38 Special, SN: AA518414

(7)   Raven Arms, Model MP-25, .25 Auto, SN: 1154999

(8)   Colt, 380 Auto Mustang, SN: PL107152

(9)   Derringer, .38 Special, SN: 004736

(10)  Rusted Revolver with Black Grip, Smith and Wesson, No SN located

(11)  Walther, P22, SN: L138288

(12)  Bersa, Thunder .380, SN: 426733

(13)  Marlin, Mod 30AW, SN: 04022478, with BSA Scope

(14)  Marlin, .22 Caliber, SN: 26180454

(15)  Steyr Aug, A3, SN: 7USA856, with EO Tech Red Dot

(16)  Mossberg, .22 Caliber, Model 351C, SN: No serial number located

(17)   Thompson Center, .SO Cal Hawken, SN: 321943

(18)  Marlin, Model 60W, SN: 06175877

(19)  Marlin, Mod 336, No SN located

(20)   Unknown Make Break Action .410 Shotgun, SN: 853782

(21)   Stevens 12 Gauge, SN: E772445

(16)  Marlin, Mod 25, .22 Cal, SN: 20751228

(17)   BRNO, .22 LR, SN: 2873

(18)   Berretta, 12 Gauge Shotgun, Model AL2, SN: D10734

(19)   Browning, BAR, SN: 137NZ37252

(20)   Topper, Model 158, 30-30 caliber, SN: AH300534, with Bushnell Scope

(21)   Stevens, .410 break action shotgun, No SN Located

(22)   Remington, .410 Shotgun, SN: 1114818

(23)   Winchester, Model 1300, SN: L3025200

(24)   Ithaca 20 Gauge Shotgun, SN: 371249758

(25)   Winchester, Model 37A 12 Gauge, SN: C1093415

(26)   Unknown Make, 12 Gauge, SN: H050607

(27)   Browning, AS Magnum 12 Gauge, SN: 23039NX151

(28)   Winchester, Ranger, 30-30, SN: 6296738

(29)   Ruger, All Weather, SN: 72062557, with Leupold Scope

(30)   Marlin, Model 60SSK Micro, SN: 02170273, with Simmons Scope

(31)   Thompson Center, .50 Caliber, Muzzle Loader, SN: S23320, with Leupold scope

(32)   Marlin, 39 Carbine, .22 Caliber, SN: 718584

(33)   Stevens, Model lSA, No SN located

(34)   ZBR, OJOBKABRNO, SN: 11055, with BW Scope

(35)   Marlin, Model 7000, .22 Caliber, SN: 02111964

(36) JC Higgins, Model 1011, No SN located

(37) Stevens, Model 940D, 20 Gauge, No SN Located

(38) Weatherby, Mark 5, .257 WBY, SN: BW004589, with Swarovski

(39) Remington 700, .308 Win, SN: S6469199, with Apex Thermal Scope (SN: 764027956), with Silencer Co Omege .30 Caliber Suppressor, SN: OMG22664

(40) Lorcin Brand, Model LT-25, .25 caliber, SN: LT170935

V. <u>Body Armor</u>

Safari Land Zero-G Body Armor SN: 01020371 / 01020368